122 A.3d 1029

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Ross REID, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Jr., Philadelphia, for Commonwealth of Pennsylvania.

Daniel Paul Alva, Alva & Associates, Philadelphia, for Ross Reid.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).